NOT FOR PUBLICATION

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, IPR PHARMACEUTICALS, INC., ASTRAZENECA AB, AND THE BRIGHAM AND WOMEN'S HOSPITAL, INC., <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | **ORDER** <br><br> Civil No. 10-344 (RBK/KW) |

**THIS MATTER** having come before the Court pursuant to the Court's December 14, 2010 Order directing Plaintiffs to show cause why, based on the Court's December 15, 2010 Opinion, the Court should not dismiss this matter for lack of subject-matter jurisdiction:

**IT APPEARING TO THE COURT** that various parties have appealed the Court's December 15, 2010 Opinion to the United States Court of Appeals for the Federal Circuit; and

**IT FURTHER APPEARING TO THE COURT** that, on January 12, 2011, all parties in this matter submitted a joint response to the Court's December 14, 2010 Order, requesting that "the Court stay the present action against Sandoz (including the Court's Order for Plaintiffs' showing of cause respecting Sandoz), until after the Federal Circuit renders its decision," or, "alternatively, if the Court prefers, Plaintiffs and Sandoz jointly request that the Court dismiss this action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2);" and

**IT FURTHER APPEARING TO THE COURT** that Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper;"

**IT IS HEREBY ORDERED** that, in view of the parties' joint request, Plaintiffs' Complaint is dismissed without prejudice.

Dated: 05/17/2011                                  /s/ Robert B. Kugler
                                                   ROBERT B. KUGLER
                                                   United States District Judge